# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 3, 2018

155947 (17)(18)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                        SC: 155947
                                        COA: 336670
                                        Bay CC: 08-010805-FC

ANTONIO MICHAEL KNAPP,
        Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's April 3, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion to hold proceedings in abeyance is DENIED.

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2018



Clerk

t0625